**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-6486**

---

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

THOMAS CHRISTOPHER ROBINSON,

               Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:08-cr-00092-HEH-1)

---

Submitted: August 28, 2014      Decided: September 2, 2014

---

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Christopher Robinson, Appellant Pro Se. Michael Ronald Gill, Assistant United States Attorney, Richmond, Virginia; Steven T. Buck, Charles Antony Quagliato, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Christopher Robinson appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Robinson, No. 3:08-cr-00092-HEH-1 (E.D. Va. Mar. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2